IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SimpliSafe, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: _____ |
| ) | |
| ArcSoft, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT AND JURY DEMAND

Plaintiff, SimpliSafe, Inc. ("SimpliSafe" or "Plaintiff") for its Complaint against Defendant ArcSoft, Inc. ("ArcSoft" or "Defendant") alleges as follows:

### NATURE OF THE ACTION

1. This is an action for trademark infringement, unfair competition and related claims. ArcSoft, without authorization or consent, willfully adopted and is now using the mark SIMPLICAM on and in connection with digital surveillance cameras for home security use, which mark is confusingly similar to SimpliSafe's rights in its trade name and common law SIMPLISAFE trademark for home security devices and related services.

### THE PARTIES

2. Plaintiff, SimpliSafe, Inc. ("SimpliSafe"), is a Delaware corporation with its principal place of business of 294 Washington Street, 9th Floor, Boston, Massachusetts 02108.

3. Upon information and belief, Defendant ArcSoft, Inc. is a California corporation with its principal place of business at 46601 Fremont Blvd., Fremont, California 94538.

4832-4380-4958.1

## JURISDICTION AND VENUE

4. This Court has original and subject matter jurisdiction over the claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338. This Court also has supplemental jurisdiction over all related claims herein in accordance with 28 U.S.C. § 1338(b) and 1367(a).

5. Venue is proper in the District of Massachusetts in accordance with 28 U.S.C. § 1391 because ArcSoft regularly conducts business in this judicial district and/or a substantial part of the claims arose in this judicial district.

## BACKGROUND

6. For six years SimpliSafe has been providing cost effective, easy to use, portable home security systems under the name and trademark SIMPLISAFE. The core of the SimpliSafe business being do-it-yourself, wireless home security products. SimpliSafe also offers a unique, optional, low-cost, no-contract service plan.

7. SimpliSafe's security products include many different devices, including wireless motion sensors, entry sensors, glass-break sensors, fire sensors, water / flood sensors, freeze sensors, smoke detectors, and carbon monoxide sensors, sirens, base stations, keypads, and panic buttons. New innovative products are added regularly to the SimpliSafe product line.

8. Since 2008, SIMPLISAFE security products have been continuously offered for sale and sold in interstate commerce. Throughout this time, SimpliSafe has used its SIMPLISAFE name and mark to identify its goods and to distinguish them from those offered by others

4832-4380-4958.1

by, among other things, by prominently displaying its trademark on labeling, packaging, the products themselves, promotional materials, advertising, websites, and other media.

9. SIMPLISAFE security products have enjoyed great success and acclaim having first been reviewed in December 2008 and written up in numerous online publications, newspapers and magazines such as C|Net, Fortune, the Boston Globe, the New York Times, TechCrunch and others since then.  A representative sample of copies of SIMPLISAFE product press coverage is included as Exhibit A.

10. Based on its success and innovative, low cost security solutions, SimpliSafe has grown over 3000% in the last three years and had sales of over $38,000,000 in calendar year 2013.  The company was recently ranked as the 119th fastest growing private company in the U.S. on the *Inc. 5000* list published in August 2014.  A copy of the Inc. ranking page is included at Exhibit B.

11. As a result of the sale and advertising of its home security products and services under the SIMPLISAFE trademark and trade name throughout the United States, the SIMPLISAFE trademark and trade name have come to indicate to the relevant consumers that products bearing the same, originate only with SimpliSafe.

12. Through its continuous use, SimpliSafe has cultivated substantial brand loyalty, recognition, and goodwill among consumers for its SIMPLISAFE security solutions.

13. SimpliSafe takes pride in maintaining its innovation as well as its consumer community.  Through its website, [www.simplisafe.com](www.simplisafe.com), SimpliSafe has a blog where it provides information on the company, its products and home security issues.  SimpliSafe even operates online user forums where customers can comment on SimpliSafe's products.

4832-4380-4958.1

14. Although SimpliSafe does not currently have a security camera in its offerings, it has disclosed publicly that it is developing a video camera option to complement its extensive line of security devices and systems via communications from company representatives in its online user forums, on the company's Facebook page, and in response to any incoming inquiries (emails / phone calls) from consumers regarding video cameras since at least 2010.

15. For about three years, SimpliSafe has also has also enabled the public to sign-up to receive information regarding the release of SimpliSafe's planned video camera and service. Since inception over 19,000 people have signed-up to receive such information from SimpliSafe.

16. SimpliSafe is diligently working to bring a new, innovative, lower cost, wireless surveillance camera to market.

17. Upon information and belief, ArcSoft is in the business of image processing software applications. In particular, on information and belief, ArcSoft develops software for enhancing digital photography and videography images such as software applications that reduce the appearance of imperfections in digital photographic images.

18. Upon information and belief, until the release of the SIMPLICAM video camera ArcSoft was not in business of providing consumer products for home security or digital surveillance.

19. Upon information and belief, until the release of the SIMPLICAM digital surveillance camera, ArcSoft had never marketed any product or service using a brand with the prefix "simpli" or any similar prefix thereto.

4832-4380-4958.1

20. Upon information and belief, until release of the SIMPLICAM digital surveillance camera, ArcSoft had never produced its own hardware products and had never sold any consumer directed products for home security.

21. In August 2013 ArcSoft filed trademark applications with the United States Patent and Trademark Office for at least the marks WIZCAM, SPOTCAM and SIMPLICAM. Each of these applied for marks was filed based on an intent to use the same in association with "digital video cameras." On information and belief, at the time of filing the above-noted trademark applications, ArcSoft did not have the specific intent to use any of the three marks that are the subject of these applications. Except for the application for the mark SIMPLICAM, on information and belief, each of the aforementioned applications has been effectively abandoned by ArcSoft.

22. On March 26, 2014, Carol Leung, Associate Counsel for ArcSoft, filed a Statement of Use with the PTO in association with ArcSoft's trademark application for SIMPLICAM claiming a first use date and first use in commerce date of January 7, 2014.

23. On June 24, 2014, ArcSoft received U.S. Trademark Registration No. 4,557,502 for the mark SIMPLICAM for use with "digital video cameras." A copy of the SIMPLICAM registration is attached hereto as Exhibit C.

24. On information and belief, ArcSoft was aware of SimpliSafe and its SIMPLISAFE mark when it filed its U.S. Trademark Application for SIMPLICAM and never informed the U.S. Patent and Trademark Office of SimpliSafe or its SIMPLISAFE mark.

25. On information and belief, ArcSoft representatives described the product to be sold in association with the SIMPLICAM mark as a "digital video camera" instead of a digital

security camera to intentionally mislead others as to the intended goods to be sold under the SIMPLICAM mark.

26. On August 26, 2014 ArcSoft issued a press release announcing the "immediate availability of simplicam® powered by Closeli®." The press release touted the ease of use of the SIMPLICAM security camera. The same day an article ran at www.theverge.com (a webzine covering technology) about ArcSoft's SIMPLICAM device. The article noted how ArcSoft was in the "imaging tools" business and how "ArcSoft has never actually made something of its own." The article also touted the low product and service price and ease of use of the SIMPLICAM device – both things on which SimpliSafe users associate with the SimpliSafe products and services. Copies of the ArcSoft press release and theverge.com article are included at Exhibit D.

27. On information and belief, ArcSoft knowingly and willfully adopted the trademark "SIMPLICAM" for use in connection with a home security system for the purpose of trading off the goodwill and reputation of SimpliSafe and the SIMPLISAFE trademark in the home security market.

28. On information and belief, as with SimpliSafe's SIMPLISAFE home security products, ArcSoft's SIMPLICAM security product operates wirelessly.

29. On information and belief, as with SimpliSafe's SIMPLISAFE home security products, Defendant's product can be controlled through the customer's mobile device.

30. On information and belief, as with SimpliSafe's SIMPLISAFE home security products, the ArcSoft SIMPLICAM digital security camera is intended to be easily installed as a do-it-yourself security device.

31. The SIMPLICAM mark combines the prefix "Simpli" with another clear separable term to create a new, composite mark with an emphasis on the prefix "simpli" as is the case with the SIMPLISAFE mark as well.

32. ArcSoft's SIMPLICAM branded goods and services are related and complementary to SimpliSafe's SIMPLISAFE goods and services.

33. ArcSoft's SIMPLICAM branded goods and services travel in the same channels of trade as SimpliSafe's goods and services.

34. ArcSoft's SIMPLICAM goods and services target the same consumers as SimpliSafe's SIMPLISAFE goods and services.

35. ArcSoft's adoption of the confusingly similar mark SIMPLICAM for home security cameras and related services has and is l likely to continue to cause confusion as to the source, sponsorship or affiliation of SimpliSafe's goods and services.

36. On information and belief, ArcSoft had actual knowledge of SimpliSafe's trade rights prior to adoption of the mark SIMPLICAM and acted knowingly and willingly in adopting a confusingly similar mark for related or complementary goods and services.

37. ArcSoft's unauthorized adoption and use of the SIMPLICAM mark or designation falsely indicates to consumers that ArcSoft's home security systems, devices, and/or services are in some manner connected with, sponsored by, affiliated with or related to SimpliSafe and/or its home security products and services.

38. ArcSoft's unauthorized adoption and use of the SIMPLICAM mark or designation allows, and will continue to allow, ArcSoft to receive the benefit of the goodwill and

reputation established at great labor and expense, and cultivated over many years, by SimpliSafe in the unique and distinctive trademark and trade name SIMPLISAFE.

39. ArcSoft's use of SIMPLICAM has been without Plaintiff SimpliSafe's authorization or consent.

40. Upon information and belief, ArcSoft's acts complained of herein have been willful and malicious, and intended to trade upon the reputation of SimpliSafe and its products and services sold under the SIMPLISAFE mark and thereby cause harm to Plaintiff SimpliSafe.

### FIRST CAUSE OF ACTION

**FEDERAL TRADEMARK INFRINGEMENT & UNFAIR COMPETITION**
**(15 U.S.C. § 1125(a))**

41. SimpliSafe repeats and realleges each and every allegation contained in paragraphs 1 through 40 of this Complaint and incorporates the same by reference herein.

42. SimpliSafe has established rights in the SIMPLISAFE name and mark.

43. ArcSoft has been and is continuing to use the mark SIMPLICAM in connection with digital security cameras and related services and/or on packaging, advertising and marketing materials for such goods and services in U.S. Commerce, which use is likely to cause confusion, mistake or to deceive as to an affiliation, connection or association between ArcSoft and/or its SIMPLICAM products and services and SimpliSafe, or as to the origin, sponsorship or approval of the SIMPLICAM products and services by SimpliSafe.

44. ArcSoft's unauthorized adoption and use of the SIMPLICAM mark or designation falsely suggests that its home security devices are connected with, sponsored by, affiliated with or related to SimpliSafe or to its home security-related products and services, and constitutes trademark infringement and false designation of origin in violation of 15 U.S.C. § 1125(a).

45. By the acts complained of herein, ArcSoft has infringed SimpliSafe's rights in the SIMPLISAFE mark and trade name, has unfairly competed with SimpliSafe and falsely designated the origin of ArcSoft's goods and services causing irreparable injury to SimpliSafe in violation of §43(a) of the Trademark Act of 1946, as amended (15 U.S.C. § 1125(a)).

46. Upon information and belief, ArcSoft's actions as alleged in this Complaint have been committed with full knowledge of SimpliSafe's prior rights in the SIMPLISAFE mark. ArcSoft's infringement is willful.

47. ArcSoft's unauthorized adoption and use of the SIMPLICAM mark or designation deprives SimpliSafe of the ability to control the consumer perception of the quality of its goods, and places SimpliSafe's valuable reputation and goodwill in connection with the trademark SIMPLISAFE in the hands of ArcSoft, over which SimpliSafe has no control.

48. SimpliSafe has been, is now and will be irreparably harmed by ArcSoft's aforementioned acts, and unless enjoined by the Court, SimpliSafe will suffer further harm for which SimpliSafe has no adequate remedy at law.

## SECOND CAUSE OF ACTION

### COMMON LAW TRADEMARK INFRINGEMENT

49. SimpliSafe repeats and realleges each and every allegation contained in paragraphs 1 through 48 of this Complaint and incorporates the same by reference herein.

50. As a result of its long, exclusive and extensive use of the SIMPLISAFE mark and trade name, SimpliSafe has developed substantial common law rights in the mark and trade name SIMPLISAFE throughout the United States.

51. The acts of ArcSoft complained of herein constitute common law trademark infringement of SimpliSafe's trademark rights and unfair competition.

52. On information and belief, ArcSoft's infringement of SimpliSafe's common law trademark has been knowing, willful, and intentional, and done without any authorization or permission from SimpliSafe, and with full knowledge and awareness of SimpliSafe's prior legal rights.

53. ArcSoft's wrongful acts have caused and will continue to cause SimpliSafe irreparable harm and, unless enjoined by the Court, SimpliSafe will suffer further harm for which SimpliSafe has no adequate remedy at law.

## THIRD CAUSE OF ACTION

### CANCELLATION OF UNITED STATES TRADEMARK
### REGISTRATION NO. 4,557,502
### (15 U.S.C. §1119)

54. SimpliSafe repeats and realleges each and every allegation contained in paragraphs 1 through 53 of this Complaint and incorporates the same by reference herein.

55. SimpliSafe's use of the mark SIMPLISAFE in the home security arena predates ArcSoft's U.S. Trademark Application (and resulting registration No. 4,557,502) for and use of the confusingly similar mark SIMPLICAM.

56. By virtue of such earlier use, SimpliSafe's rights in SIMPLISAFE have priority over the mark in Registration No. 4,557,502.

57. ArcSoft's registration and use of the mark SIMPLICAM is likely to cause confusion, mistake or to deceive as to an affiliation, connection or association between ArcSoft and/or its SIMPLICAM products and services and SimpliSafe, or as to the origin, sponsorship or approval of the SIMPLICAM products and services by SimpliSafe.

58. SimpliSafe is being and will continued to be harmed by the registration of SIMPLICAM unless this Court acts to cancel Registration No. 4,557,502 pursuant to §37 of the Trademark Act of 1946, as amended (15 U.S.C. §1119).

## JURY DEMAND

SimpliSafe demands trial by jury on all issues so triable herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, SimpliSafe, Inc., prays that this Court:

A. Issue a preliminary and permanent injunction, restraining Defendant ArcSoft, Inc. and each of its directors and officers, and each of their respective partners, distributors, agents, servants, employees, and attorneys, and all those in active concert or participation with Defendant, from:

  (i) using, in connection with the advertising, marketing, sale and promotion of home, business and personal security products and services, the SIMPLICAM mark or any other mark likely to cause confusion with the SIMPLISAFE mark or trade name;

  (ii) Doing any act or thing likely to confuse, mislead, or deceive others into believing that Defendant, or any of its products or services, emanate from SimpliSafe or are connected with, affiliated with, sponsored by, associated with, or approved or authorized by SimpliSafe; and

  (iii) engaging in any other activity constituting unfair competition with SimpliSafe, or constituting infringement of its SIMPLISAFE mark or trade name.

B. Order all digital security cameras and associated advertising, promotional materials, packaging, displays, domain names, social media handles and any other materials in tangible or electronic form that Defendant or any of its agents possess that bear the SIMPLICAM mark or any colorable imitation of the SIMPLISAFE name and mark and are in the possession and control of Defendant or any of its agents to be delivered up to Plaintiff for destruction.

C. Order the cancellation of U.S. Trademark Registration No. 4,557,502 for SIMPLICAM, currently held in the name of Defendant, in accordance with 15 U.S.C. §1119.

D. Enter a judgment in favor of SimpliSafe and against Defendant, and order Defendant to pay SimpliSafe:

  (i) All profits, gains and advantages derived by Defendant as a result of its acts complained of herein, together with interest; and in view of the willful and deliberate nature of Defendant's acts complained of herein, that such amount be trebled;

(ii) Awarding Plaintiff its actual damages, trebled, arising out of Defendant's acts of willful unfair competition; and

(iii) Awarding Plaintiff its costs in this civil action, including reasonable attorneys' fees and expenses, pursuant to 15 U.S.C. §1117.

E. Grant to SimpliSafe such other and further relief as the Court deems just and proper.

Dated: October 14, 2014

Respectfully submitted,

/s/ Nicole E. Gage
Nicole E. Gage (BBO No. 633219)
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Phone: 617.342.4000
Fax: 617.342.4001
NGage@foley.com

Attorneys for Plaintiff SimpliSafe, Inc.

4832-4380-4958.1